TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
ARVIN C. LUGAY (SBN 242599)
alugay@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:  (415) 352-2625

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>GORDON & WONG LAW GROUP, P.C., a California corporation; AMY LOUISE GORDON, individually and in her official capacity; MITCHELL LEWIS WONG, individually and in his official capacity; and ANDREW ARNOLD FORD, individually and in his official capacity,<br><br>Defendants. | CASE NO.: CV11-03323-PSG<br><br>**JOINT STIPULATION TO CONSOLIDATE AND CONTINUE DATES FOR (1) THE CASE MANAGEMENT CONFERENCE, (2) THE HEARING FOR PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES, AND (3) THE HEARING FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**ORDER** |

Pursuant to Northern District Court Local Rules 6-2 and 16-2(d), Plaintiff CARLOS H. PEREZ ("Perez") and Defendants GORDON & WONG LAW GROUP, P.C. ("Gordon & Wong"), AMY LOUISE GORDON ("Gordon"), MITCHELL LEWIS WONG ("Wong"), and ANDREW ARNOLD FORD ("Ford"), collectively "Defendants," by and through their respective undersigned counsel, hereby jointly stipulate as follows:

WHEREAS the Court set this action for a Case Management Conference on November 22, 2011, at 2:00 p.m. by the Order dated September 7, 2011;

WHEREAS Perez filed a Motion to Strike Affirmative Defenses on September 27, 2011, which is scheduled for hearing on January 5, 2012;

WHEREAS Defendants filed a Motion for Summary Judgment on October 18, 2011, which is scheduled for hearing on February 2, 2012;

WHEREAS all parties believe that good cause exists to consolidate the Case Management Conference, the hearing for Perez's Motion to Strike Affirmative Defenses, and the hearing for Defendant's Motion for Summary Judgment into a single date because (1) the Court's rulings on the parties' motions will determine the management of the case and (2) doing so would help conserve party and judicial resources;

THEREFORE, the parties hereby request that the Court consolidate the date for the Case Management Conference, the hearing date for Perez's Motion to Strike Affirmative Defenses, and the hearing date for Defendant's Motion for Summary Judgment into a single date, and that the Court continue the consolidated date to February 2, 2012, or a date thereafter that is convenient to the Court.

//
//
//

1  DATED: November 11, 2011    SIMMONDS & NARITA LLP
                                TOMIO B. NARITA
2                               ARVIN C. LUGAY

3

4                               By:  s/Arvin C. Lugay
                                     Arvin C. Lugay
5                                    Attorneys for Defendants

6

7  DATED: November 11, 2011    CONSUMER LAW CENTER, INC.
                                FRED W. SCHWINN
8

9
                                By:  s/Fred W. Schwinn
10                                   Fred W. Schwinn
                                     Attorney for Plaintiff
11                                   CARLOS H. PEREZ

12

13

14                              **ORDER**

   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The Case Management
15 Conference and hearing on Plaintiff's Motion to Strike Affirmative Defenses are hereby
   continued to February 2, 2012 at 1:30 p.m.
16

17

18  Dated: November 14, 2011           *Lucy H. Koh*
19                                     _____
                                       The Honorable Lucy H. Koh
20                                     United States District Judge