UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ, | Case No.: 11-CV-03323-LHK |
| Plaintiff, | ORDER RE: NOTICE OF SETTLEMENT |
| v. | |
| GORDON & WONG LAW GROUP, P.C., a California corporation; AMY LOUISE GORDON, individually and in her official capacity; MITCHELL LEWIS WONG, individually and in his official capacity; and ANDREW ARNOLD FORD, individually and in his official capacity, | |
| Defendants. | |

On April 9, 2012, Defendants filed a Notice of Settlement indicating that the parties expect to file a joint request for dismissal with prejudice within forty days. ECF No. 37. Accordingly, by May 23, 2012, the parties shall file their stipulation of dismissal of the entire action with prejudice, or a status report explaining why they are unable to do so.

**IT IS SO ORDERED.**

Dated: May 21, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-03323-LHK
ORDER RE: NOTICE OF SETTLEMENT