Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
CARLOS H. PEREZ

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CARLOS H. PEREZ,<br><br>                      Plaintiff,<br><br>v.<br><br>GORDON & WONG LAW GROUP, P.C., a California corporation; AMY LOUISE GORDON, individually and in her official capacity; MITCHELL LEWIS WONG, individually and in his official capacity; and ANDREW ARNOLD FORD, individually and in his official capacity,<br><br>                      Defendants. | Case No. 5:11-CV-03323-LHK-PSG<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, CARLOS H. PEREZ, and Defendants, GORDON & WONG LAW GROUP, P.C., AMY LOUISE GORDON, MITCHELL LEWIS WONG, and ANDREW ARNOLD FORD, stipulate, and the Court hereby orders, as follows:

      1.   The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, CARLOS H. PEREZ, against Defendant, GORDON & WONG LAW GROUP, P.C., AMY LOUISE GORDON, MITCHELL LEWIS WONG, and ANDREW ARNOLD FORD, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

|   |   |
|---|---|
|   | CONSUMER LAW CENTER, INC. |
| Dated:  May 24, 2012 | By: /s/ Fred W. Schwinn |
|   | Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>CARLOS H. PEREZ |
|   |   |
|   | SIMMONDS & NARITA, LLP |
| Dated:  May 24, 2012 | By: /s/ Tomio B. Narita |
|   | Tomio B. Narita, Esq.<br>Attorney for Defendants<br>GORDON & WONG LAW GROUP, P.C.,<br>AMY LOUISE GORDON,<br>MITCHELL LEWIS WONG,<br>and ANDREW ARNOLD FORD |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.  The Clerk shall close the file.

Dated: May 24, 2012

*Lucy H. Koh*
The Honorable Lucy H. Koh
Judge of the District Court